# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SAMUEL M. WHITE,

    Petitioner,

- vs -

MARK HOOKS, Warden,
 Ross Correctional Institution,

    Respondent.

:

Case No. 3:17-cv-111

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This is a habeas corpus case brought *pro se* by Petitioner Samuel White under 28 U.S.C. § 2254. On November 13, 2017, the Magistrate Judge to whom the case was referred recommended that the Petition be dismissed with prejudice (Report, ECF No. 18, PageID 1817). Petitioner was notified that any objections to the Report were required to be filed within seventeen days of the Report's filing. *Id.*

On three occasions thereafter, Petitioner sought and received extensions of time to file objections to December 4, 2017; December 18, 2017; and January 3, 2018 (ECF Nos. 19, 21, 23). The Magistrate Judge notified Petitioner that the extensions to January 3, 2018, would be the last extension granted.

As of the date of this Order, no objections have been filed. Accordingly, the Report is ADOPTED and the Petition herein is DISMISSED WITH PREJUDICE. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability

1

and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

January 11, 2018.

                                                                                              Walter H. Rice
                                                                                              United States District Judge